IN THE UNITED DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

| | |
|---|---|
| **BRADFORD KYLE PLUNKETT** | **PLAINTIFF** |
| V. | NO. 3:15-CV-685-CWR-FKB |
| **ETERNA SYSTEMS, INC. and KELVIN SCOTT EWING** | **DEFENDANTS** |

### NOTICE OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff, Bradford Kyle Plunkett, files this his *Notice of Dismissal* with prejudice and stipulates that all claims herein have been settled and compromised and that all claims herein are dismissed with prejudice.

Respectfully submitted, this the 18th day of December, 2015.

BRADFORD KYLE PLUNKETT

By: */s/ Joel Dillard*

SUBMITTED BY:

Joel Dillard (MSB #104202)
405 Tombigbee Street
Jackson, MS 39201
Tel: (601) 487-7369
Fax: (601) 487-1110
Email: joel@joeldillard.com